NORBERT J. BATT and Another, Appellants, Respondents, v. VILLAGE OF WILSON and Others, Respondents, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JAY BALL, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LOUIS S. PIERCE, as Trustee in Bankruptcy, etc., Respondent, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, and JOHN R. BOURNE, as Administrator, etc., of JOHN HECKEL, Deceased, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MICHAEL J. HOGAN, as Administrator, etc., Respondent, v. JOHN F. MILLER and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

RUTH DUNKEL PEARSON, Respondent, v. JOHN K. DUNKEL and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JACOB LYONS and Another, Appellants, v. EDWARD STRAUSS, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

FLORENCE E. BRICE, Respondent, v. JOHN H. BRICE, Appellant.— Motion to dismiss appeal granted, unless appellant shall be ready for argument on January 14, 1926, or in the alternative shall pay plaintiff the sum of fifteen dollars per week for support and maintenance of her children until the appeal is argued, and shall file and serve the printed papers on appeal by February twentieth, and in case of failure to comply with said conditions, respondent may sell on three days' notice, the property already advertised to be sold. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

LOUIS TORGE, Respondent, v. GUY A. LOOMIS and Another, etc., Appellants.— Judgment and order reversed upon the law, with costs, on the ground that, although both parties had moved for the direction of a verdict and the jury had been dismissed without objection, there is nothing in the record except an unsigned memorandum or opinion of the trial justice to support the judgment, which is insufficient. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CATHERINE MAST, Respondent, v. KATHARINE RIEMAN, Also Known as KATHARINE RIEMANRO, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Davis, J., who dissents and votes for reversal on the ground that no grounds are shown for granting a jury trial of the issues in this case. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of LOUISE M. BURTIS, as Ancillary Executrix, etc., of ARTHUR B. BURTIS, Deceased, Respondent. EMMA J. BURTIS, Appellant.— Decree of a Surrogate's Court affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.